IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID E. PEAVY, JR., *

    Plaintiff *

vs. *

    CASE NO. 5:07-CV-285 (CDL)

MICHAEL J. ASTRUE, Commissioner *
of Social Security,
  *

    Defendant
  *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 16, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 13th day of August, 2008.

                         S/Clay D. Land
                            CLAY D. LAND
               UNITED STATES DISTRICT JUDGE